**624**

**In the Matter of Lonnie E. WALKER
Petition for Reinstatement.**

**No. 493, Disciplinary Docket
No. 2—Supreme Court.
No. 20 DB 85 Disciplinary Board.**

Supreme Court of Pennsylvania.

July 1, 1996.

***ORDER***

PER CURIAM:

AND NOW, this 1st day of July, 1996, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated May 8, 1996, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.

**In the Matter of Richard L. DONALD.**

**No. 214 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

July 18, 1996.

*ORDER*

PER CURIAM:

AND NOW, this 18th day of July, 1996, Richard L. Donald having been disbarred from the practice of law before the United States District Court for the District of Maryland by Order of that Court dated March 27, 1996; the said Richard L. Donald having been directed on May 10, 1996, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and no response having been filed, it is

ORDERED that Richard L. Donald is disbarred from the practice of law in this Commonwealth, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

**OFFICE OF DISCIPLINARY
COUNSEL, Petitioner,**

v.

**Ronald B. SAVAGE, Respondent.**

**No. 240 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

July 31, 1996.

*ORDER*

PER CURIAM:

AND NOW, this 31st day of July, 1996, there having been filed with this Court by Ronald B. Savage his verified Statement of Resignation dated June 18, 1996, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa. R.D.E., it is

ORDERED that the resignation of Ronald B. Savage be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa. R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.